UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR ANTOINE FOSTER,<br><br>    Petitioner,<br><br>  v.<br><br>DOMINGO URIBE, JR.,<br><br>    Respondent.<br>                                               / | No. C 09-4284 SI (pr)<br><br>**ORDER OF TRANSFER** |

Jamar Antoine Foster, an inmate at the Centinela State Prison in Imperial, has filed a petition for writ of habeas corpus to challenge his conviction from the Tehama County Superior Court. Tehama County lies within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. See Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: November 17, 2009

                                                                 SUSAN ILLSTON
                                         United States District Judge